Eastern District of Kentucky
F I L E D
JUN 15 2012
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. _____ Jmtt

UNITED STATES OF AMERICA            PLAINTIFF

V.     **NOTICE BY UNITED STATES OF INTENT TO FILE INFORMATION AND MOTION FOR ARRAIGNMENT**

BRIAN TYLER            DEFENDANT

\* \* \* \* \*

The United States gives notice that it intends to file a criminal Information charging BRIAN TYLER with a felony violation. The United States also respectfully moves the Court to assign this matter a date for the filing of the Information and an arraignment.

Respectfully submitted,

KERRY B. HARVEY
UNITED STATES ATTORNEY

By: /s/ B/ W. M/eo
Brandon W. Marshall
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4849
FAX (859) 233-2747
Brandon.Marshall@usdoj.gov

CERTIFICATE OF SERVICE

On June 15, 2012, I e-mailed a copy of this notice and motion to:

    David Ward
    *Attorney for Brian Tyler*

_____
Assistant United States Attorney